```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3095 |
| v. | ) | |
| | ) | |
| JEFFREY E. HOOVER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's motion for extension of time, filing 29, is granted and defendant is given until November 27, 2006 to file motions.

2. Trial is continued to January 16, 2007 for a duration of nine trial days.

3. The court finds that new counsel needs time to receive and review materials from the government and prior counsel, and therefore the extension of time is necessary to provide effective assistance of counsel. Failure to grant the request would be an injustice. The defendant's interest in receiving effective assistance of counsel outweighs his and the public's interest in a speedy trial. Therefore the time between this date and the new trial date, January 16, 2006, is excluded from Speedy Trial Act calculation in the interests of justice.

DATED this 19th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge