```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )           4:06CR3095
           v.                    )
                                 )
JEFFREY E. HOOVER,               )
                                 )              ORDER
                Defendant.       )
                                 )
```

IT IS ORDERED:

Paragraph number 3 of the order of October 19, 2006, filing 31, is amended as follows to change the speedy trial exclusion to January 16, **2007**.

3.  The court finds that new counsel needs time to receive and review materials from the government and prior counsel, and therefore the extension of time is necessary to provide effective assistance of counsel.  Failure to grant the request would be an injustice.  The defendant's interest in receiving effective assistance of counsel outweighs his and the public's interest in a speedy trial.  Therefore the time between this date and the new trial date, January 16, 2007, is excluded from Speedy Trial Act calculation in the interests of justice.

DATED this 20th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge