```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                         Plaintiff,    ) | 4:06CR3095 |
|        v.                           ) | |
| JEFFREY E. HOOVER,               ) | ORDER |
|                         Defendant.   ) | |

IT IS ORDERED:

1. Defendant's motion for extension of time, filing 33, is granted and defendant is given until January 2, 2007 to file pretrial motions.

2. Trial is continued to 9:00 a.m., February 26, 2007 for a duration of nine trial days.

3. The court finds that new counsel needs time to receive and review materials from the government and prior counsel, and therefore an extension of time is necessary to provide effective assistance of counsel. Failure to grant the request would be an injustice. The defendant's interest in receiving effective assistance of counsel outweighs his and the public's interest in a speedy trial. Therefore the time between this date and the new deadline for filing pretrial motions, January 2, 2007, is excluded from Speedy Trial Act calculation in the interests of justice.

DATED this 1st day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge