IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3095 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| JEFFREY E. HOOVER, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant is charged in a two count indictment with violations of 18 U.S.C. § 924(j) alleging in substance that the defendant carried and used a firearm in relation to a drug trafficking crime and in the course of these violations caused the death of a person through the use of a firearm, which killing is alleged to be murder. The defendant is alleged to have killed Harold Fowler and Duane Johnson. The government is not seeking the death penalty.

Shortly, we will be picking a jury in this case and I need the advice of counsel. Accordingly,

IT IS ORDERED that by the close of business on Thursday, May 17, 2007, counsel for the government and counsel for the defendant shall advise me whether there is any objection to the court informing the prospective jury panel during orientation and in jury selection that the government is not seeking the death penalty. The lawyers shall file their responses in the court file.

May 9, 2007.                        BY THE COURT:

                                    *s/ Richard G. Kopf*
                                    United States District Judge