IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3095 |
| | ) | |
| V. | ) | |
| | ) | AMENDED |
| JEFFREY E. HOOVER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's motions for issuance of a writ of habeas corpus ad testificandum (filings 89, 90), and upon the oral request of defense counsel,

IT IS ORDERED that the Clerk of the Court shall issue a Writ of Habeas Corpus Ad Testificandum for David J. Hauser, a prisoner at the Nebraska State Penitentiary, to appear at the trial of this matter on and after June 1, 2007, at 8:30 a.m., and shall deliver a certified copy of the writ to the United States Marshal for execution.

May 31, 2007.                BY THE COURT:

                             *S/ Richard G. Kopf*
                             United States District Judge