IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3095 |
| | ) | |
| V. | ) | |
| | ) | |
| JEFFREY E. HOOVER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for new trial and other post verdict relief (filing 123) is denied.

    June 13, 2007.        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge